(Official Form 1) (12/03)

| FORM B1 | |
|---|---|
| **United States Bankruptcy Court**<br>**Northern District of Georgia** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Michal, David Ronald** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Michal, Christine Renee** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Dave Michal** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Christy Michal** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **8799** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **5789** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**445 Fieldstone Landings**<br>**Alpharetta, GA  30005** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**445 Fieldstone Landings**<br>**Alpharetta, GA  30005** |
| County of Residence or of the<br>Principal Place of Business:  **Fulton** | County of Residence or of the<br>Principal Place of Business:  **Fulton** |
| Mailing Address of Debtor (if different from street address):<br>**3070 Windward Plaza, Suite F-331**<br>**Alpharetta, GA  30005** | Mailing Address of Joint Debtor (if different from street address):<br>**3070 Windward Plaza, Suite F-331**<br>**Alpharetta, GA  30005** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **450 Satellite Boulevard, Suite F**<br>**Suwanee, GA  30024** |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)   ☐ Railroad<br>☐ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other _____   ☐ Clearing Bank | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business   ☑ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

VOLUNTARY PETITION

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1)  (12/03)                                                                                                FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Michal, David Ronald & Michal, Christine Renee** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Dave Michal*
Signature of Debtor                                        **Dave Michal**

X  */s/ Christy Michal*
Signature of Joint Debtor                                **Christy Michal**

Telephone Number (If not represented by attorney)

**October  9, 2005**
Date

### Signature of Attorney

X  */s/ Robert D. Schwartz*
Signature of Attorney for Debtor(s)

**Robert D. Schwartz 631159**
Printed Name of Attorney for Debtor(s)

**Charlton & Glover, P.C.**
Firm Name

**87 Vickery Street**
Address

**Roswell, GA  30075**

**(770) 993-1005**
Telephone Number

**October  9, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                            Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                                     Case No. _____

**Michal, David Ronald & Michal, Christine Renee** _____      Chapter **7** _____
                                   Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None  ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 0.00 | Business (husband) - 2003 |
| 0.00 | Business (husband) - 2004 |
| 0.00 | Business (husband) - 2005 (Year To Date) |

**2. Income other than from employment or operation of business**

None  ☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 10,000.00 | IRA Distribution (wife) - 2003 |

**3. Payments to creditors**

None  ☐    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **North Valley Bank**<br>P. O. Box 493158<br>Redding, CA  96049-3158 | | 1,485.78 | 11,729.72 |
| **Saxon Mortgage Services**<br>P. O. Box 161489<br>Ft. Worth, TX  76161-1489 | | 5,521.34 | 314,400.00 |
| **Georgeanna Hope** | | 4,014.39 | 320,985.61 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

2565 Camden Glen Court
Roswell, GA  30076

☐ None    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or
were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Allen & Beverly Wyant**<br>**P. O. Box 303**<br>**Palo Cedro, CA  96073**<br>**Parents/In-laws** | | **1,800.00** | **98,200.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

☐ None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Express Travel Related Services Company, Inc. and American Express Centurion Bank vs. David Michael; Civil Action File No. 05-VS-082744-Y** | **Suit on two accounts** | **State Court of Fulton County, Georgia** | **Pending** |
| **Frank Lovergine et al. (Employees of Purofirst Disaster & Reconstruction Specialists) vs. Purofirst Disaster & Reconstruction Specialists et al.; Consolidated Case No. 153035 (includes case nos. 153175, 153264, 153266, 153283, 153454, et al.)** | **Employee claims for unpaid amounts due under state prevailing wage statutes** | **Superior Court of Shasta County, California** | **Pending** |

☑ None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

☑ None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

**6. Assignments and receiverships**

☑ None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and joint petition is not filed.)

☑ None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

☐ None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual
gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100
per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **North Point Community Church**<br>**4350 North Point Parkway**<br>**Alpharetta, GA  30022** | | **Various** | **$100.00 (offerings)** |
| **Redding Christian Fellowship**<br>**2157 Victor Avenue**<br>**Redding, CA  96002** | | **Various** | **$740.00 (offerings)** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Compact discs (music) - 24 compact discs @ $15.00 each** | **Compact discs stolen from vehicle while on business trip** | |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Charlton & Glover, P.C.**<br>**87 Vickery Street**<br>**Roswell, GA  30075** | **08/02/2005** | **1,000.00** |
| **Dennis K. Cowan**<br>**P. O. Box 992090**<br>**Redding, CA  96099-2090** | | **250.00** |

**10. Other transfers**

None ☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unknown Transferees** | **04/2005 & 05/2005** | **Debtors sold approx. $500.00 worth of old household items and used apparel at yard sales before moving to Georgia** |
| **Rachelle Woods**<br>**Daughter** | **05/2005** | **Half-interest in automobile (purchased for daughter by wife and ex-husband when daughter was 16 years old, transferred to daughter upon high school graduation); FMV of wife's half-interest in vehicle approx. $2,500; $0 received for transfer** |

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Washington Mutual**<br>**900 Dana Drive**<br>**Redding, CA  96002** | **Acct. #429-035958-2** | **Final balance $25.73** |
| **Edward Jones**<br>**201 Progress Parkway**<br>**Maryland Heights, MO  63043-3042** | **Acct. #935-91261-1-8** | **Final balance $110.13** |
| **Edward Jones**<br>**201 Progress Parkway**<br>**Maryland Heights, MO  63043-3042** | **Acct. #935-05962-1-0** | **Final balance $971.75** |
| **Redding Bank Of Commerce**<br>**1951 Churn Creek Road**<br>**Redding, CA  96002** | **Acct. #72645-8 (Trust Account for Kyle Michal)** | **Final balance $301.00** |
| **Redding Bank Of Commerce**<br>**1951 Churn Creek Road** | **Acct. #03-80444-5 (Trust Account for Christopher Michal)** | **Final balance $278.00** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

Redding, CA 96002

**Redding Bank Of Commerce**
1951 Churn Creek Road
Redding, CA 96002

**Acct. #72145-4 (Trust Account for      Final balance $1,900.00
Rachelle Woods)**

### 12. Safe deposit boxes

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑  List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☐  If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS
**1262 Grouse Drive
Redding, CA 96002**

NAME USED
**David Michal & Christine Michal**

DATES OF OCCUPANCY
**10/2002 - 06/2005**

### 16. Spouses and Former Spouses

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None □ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---------------------|---------|--------------------|-----------------------------|
| **Purofirst Disaster & Reconstruction Spec** | | **2662 Tarmac Road Redding, CA  96002** | **Property casualty restoration contractor** | **12/1995 - 06/2002** |
| **North American Homes** | | **2662 Tarmac Road Redding, CA  96002** | **Remodeling contractor** | **04/1993 - 06/2002** |
| **Home 2 Home** | | **2662 Tarmac Road Redding, CA  96002** | **Home rental for disaster victims** | **06/2001 - 04/2002** |
| **Dots & Snacks, Etc. D/B/A Dippin' Dots** | | **1510 Dana Drive Redding, CA  96003** | **Ice cream sales** | **06/1998 - 10/2001** |
| **DRM Restoration, LLC D/B/A EmerX** | | **450 Satellite Boulevard, N.E., Suite F Suwanee, GA  30024** | **Property casualty restoration contractor** | **09/2002 - Present** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None □ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Habif, Arogeti & Wynne, L.L.P. 5565 Glenridge Connector, Suite 200 Atlanta, GA  30342** | **09/2002 - Present** |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None □ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Habif, Arogeti & Wynne, L.L.P.
5565 Glenridge Connector, Suite 200
Atlanta, GA  30342**

None □ d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Athens First Bank & Trust Company** | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**3507 Braselton Highway**
**Dacula, GA  30019**

---

**20. Inventories**

| None | |
|---|---|
| ☑ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| None | |
|---|---|
| | b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |

**21. Current Partners, Officers, Directors and Shareholders**

| None | |
|---|---|
| ☑ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

| None | |
|---|---|
| ☑ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

**22. Former partners, officers, directors and shareholders**

| None | |
|---|---|
| ☑ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

| None | |
|---|---|
| ☑ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |

**23. Withdrawals from a partnership or distributions by a corporation**

| None | |
|---|---|
| ☑ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |

**24. Tax Consolidation Group**

| None | |
|---|---|
| ☑ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of this case. |

**25. Pension Funds.**

| None | |
|---|---|
| ☑ | If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case. |

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **October  9, 2005**       Signature   */s/ Dave Michal*
                                 of Debtor                                          **Dave Michal**

Date: **October  9, 2005**       Signature   */s/ Christy Michal*
                                 of Joint Debtor                                    **Christy Michal**
                                 (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Michal, David Ronald & Michal, Christine Renee** _____ Case No. _____
                                                    Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **House and Lot**<br>**445 Fieldstone Landings**<br>**Alpharetta, GA  30005** | **Fee Simple** | **J** | **360,000.00** | **518,871.46** |
| **Time-share at Embassy Vacation Resort**<br>**South Lake Tahoe, CA** | **Fee Simple** | **W** | **unknown** | **3,804.73** |
| | | | **TOTAL** **360,000.00** | |

(Report also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE A - REAL PROPERTY

**IN RE** Michal, David Ronald & Michal, Christine Renee _____    Case No. _____

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

    Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | J | 80.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Washington Mutual**<br>**Savings account at Pacific Service Credit Union** | J<br>J | 800.00<br>5.05 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Sectional sofa; 2 sofas; loveseat; 2 recliners; rocking chair; 3 coffee tables; 4 end tables; sofa table; dining table & 6 chairs; breakfast table & 4 chairs; kitchen table; kitchen hutch; dining room buffet; 2 adult beds; 2 children's beds; bunk bed; armoire; 6 dressers; 4 nightstands; computer desk; 2 children's desks; office desk with shelf units; 2 TV stands; 4 bar stools; 4 TVs; 3 DVD players; 2 VCRs; stereo; computer; copier; 2 printers; 2 vacuum cleaners; refrigerator; microwave oven; miscellaneous tables, chairs, lamps, rugs, mirrors, pots, pans, dishes, glassware, tableware, tools, small appliances, children's toys, pet, supplies, garden supplies, patio furniture, personal effects** | J | 6,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous books, pictures, compact discs, DVDs** | J | 1,000.00 |
| 6. Wearing apparel. | | **Miscellaneous wearing apparel** | J | 1,000.00 |
| 7. Furs and jewelry. | | **Costume jewelry ($30); 2 wristwatches ($20); diamond earrings ($250); wedding ring ($3,000)**<br>**Wedding ring, 2 wristwatches** | W<br><br>H | 3,300.00<br><br>200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Camera; camcorder**<br>**Handgun; shotgun** | J<br>H | 300.00<br>350.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership of DRM Restoration, LLC d/b/a EmerX** | H | unknown |
| 13. Interests in partnerships or joint ventures. Itemize. | | **Unknown interest in Purofirst Disaster & Reconstruction Specialists** | H | unknown |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE Michal, David Ronald & Michal, Christine Renee

Debtor(s)

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Federal tax refunds (2001 & 2002) (subject to setoff)** | J | 15,924.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1993 Jeep Grand Cherokee** | J | 2,000.00 |
| | | **1997 Dodge 1500 truck** | J | 4,000.00 |
| | | **2000 Ford Expedition** | J | 10,200.00 |
| | | **2002 Mitsubishi Galant** | J | 4,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | **Cat** | J | 10.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 49,669.05 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Michal, David Ronald & Michal, Christine Renee** _____ Case No. _____
                                            Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **House and Lot**<br>**445 Fieldstone Landings**<br>**Alpharetta, GA  30005** | OCGA §44-13-100(a)(1) | 10,000.00 | 360,000.00 |
| **Time-share at Embassy Vacation Resort South Lake Tahoe, CA** | OCGA §44-13-100(a)(6) | 1,000.00 | unknown |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | OCGA §44-13-100(a)(6) | 80.00 | 80.00 |
| **Checking account at Washington Mutual** | OCGA §44-13-100(a)(6) | 800.00 | 800.00 |
| **Savings account at Pacific Service Credit Union** | OCGA §44-13-100(a)(6) | 5.05 | 5.05 |
| **Sectional sofa; 2 sofas; loveseat; 2 recliners; rocking chair; 3 coffee tables; 4 end tables; sofa table; dining table & 6 chairs; breakfast table & 4 chairs; kitchen table; kitchen hutch; dining room buffet; 2 adult beds; 2 children's beds; bunk bed; armoire; 6 dressers; 4 nightstands; computer desk; 2 children's desks; office desk with shelf units; 2 TV stands; 4 bar stools; 4 TVs; 3 DVD players; 2 VCRs; stereo; computer; copier; 2 printers; 2 vacuum cleaners; refrigerator; microwave oven; miscellaneous tables, chairs, lamps, rugs, mirrors, pots, pans, dishes, glassware, tableware, tools, small appliances, children's toys, pet, supplies, garden supplies, patio furniture, personal effects** | OCGA §44-13-100(a)(4) | 6,000.00 | 6,000.00 |
| **Miscellaneous books, pictures, compact discs, DVDs** | OCGA §44-13-100(a)(4) | 1,000.00 | 1,000.00 |
| **Miscellaneous wearing apparel** | OCGA §44-13-100(a)(4) | 1,000.00 | 1,000.00 |
| **Costume jewelry ($30); 2 wristwatches ($20); diamond earrings ($250); wedding ring ($3,000)** | OCGA §44-13-100(a)(5)<br>OCGA §44-13-100(a)(6) | 500.00<br>2,800.00 | 3,300.00 |
| **Wedding ring, 2 wristwatches** | OCGA §44-13-100(a)(5) | 200.00 | 200.00 |
| **Camera; camcorder** | OCGA §44-13-100(a)(4) | 300.00 | 300.00 |
| **Handgun; shotgun** | OCGA §44-13-100(a)(4) | 350.00 | 350.00 |
| **100% ownership of DRM Restoration, LLC d/b/a EmerX** | OCGA §44-13-100(a)(6) | 1,000.00 | unknown |
| **Unknown interest in Purofirst Disaster & Reconstruction Specialists** | OCGA §44-13-100(a)(6) | 1,000.00 | unknown |
| **Federal tax refunds (2001 & 2002) (subject to setoff)** | OCGA §44-13-100(a)(6) | 4,514.95 | 15,924.00 |
| **1993 Jeep Grand Cherokee** | OCGA §44-13-100(a)(3) | 2,000.00 | 2,000.00 |
| **1997 Dodge 1500 truck** | OCGA §44-13-100(a)(3) | 4,000.00 | 4,000.00 |
| **Cat** | OCGA §44-13-100(a)(4) | 10.00 | 10.00 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE **Michal, David Ronald & Michal, Christine Renee**      Case No. _____
<div style="text-align:center">Debtor(s)</div>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

   State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

   If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL ............. UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Athens First Bank & Trust Company**<br>**3507 Braselton Highway**<br>**Dacula, GA  30019** | X | J | **Deed to Secure Debt #2**<br>**(Personal guaranty of business loan)**<br><br><br>Value $    **360,000.00** | | | | **200,000.00**<br>................<br>158,871.46 |
| Account No. **501-012-21-300**<br><br>**El Dorado County Tax Collector**<br>**360 Fair Lane**<br>**Placerville, CA  95667-4197** | | W | **Ad valorem property tax**<br><br><br>Value $ | | | | 126.44<br>................<br>126.44 |
| Account No. **21-5691-1100-053-5**<br><br>**Fulton County Tax Commissioner**<br>**141 Pryor Street, S.W., #1113**<br>**Atlanta, GA  30303** | | J | **Ad valorem property tax (2005)**<br><br><br>Value $    **360,000.00** | | | | 3,938.66<br>................ |
| Account No.<br><br>**Mitsubishi Motor Credit Corporation**<br>**P. O. Box 6014**<br>**Cypress, CA  90630** | | H | **Title lien**<br>**2002 Mitsubishi Galant**<br><br><br>Value $    **4,500.00** | | | | 7,000.00<br>................<br>2,500.00 |
| Account No. **767600021018**<br><br>**North Valley Bank**<br>**P. O. Box 493158**<br>**Redding, CA  96049-3158** | | J | **Title lien**<br>**2000 Ford Expedition**<br><br><br>Value $    **10,200.00** | | | | 11,729.72<br>................<br>1,529.72 |

**1** Continuation Sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | 222,794.82 |
| (Complete only on last sheet of Schedule D)  **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

**IN RE** Michal, David Ronald & Michal, Christine Renee                    Case No. _____

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. **2000018655** <br><br>**Saxon Mortgage Services** <br>**P. O. Box 161489** <br>**Ft. Worth, TX  76161-1489** | | J | **Deed to Secure Debt #1** <br><br><br><br>Value $    **360,000.00** | | | | **314,400.00** |
| Account No. **363278** <br><br>**Sunterra Financial** <br>**3865 North Cheyenne Avenue** <br>**North Las Vegas, NV  89032** | | W | **Mortgage** <br><br><br><br>Value $ | | | | **3,678.29** <br><br> **3,678.29** |
| Account No. <br><br>**Windward Homeowners Association** <br>**C/O Community Mgmt. Association** <br>**1465 Northside Drive, N.W., Ste. 128** <br>**Atlanta, GA  30318** | | J | **Association fees** <br><br><br><br>Value $    **360,000.00** | | | | **532.80** |
| Account No. <br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | |

Sheet _____ **1** of _____ **1** Continuation Sheets attached to Schedule D

Subtotal (Total of this page)    **318,611.09**

(Complete only on last sheet of Schedule D)  **TOTAL**    **541,405.91**

(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Michal, David Ronald & Michal, Christine Renee _____  Case No. _____
<div align="center">Debtor(s)</div>

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** Continuation Sheets attached

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Michal, David Ronald & Michal, Christine Renee** _____ Case No. _____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM ........ AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA  19114** | | J | **Federal income tax (2002)** | | | X | <br>**25,548.86**<br><br>**25,548.86** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **1** of _____ **1** Continuation Sheets attached to Schedule E

Subtotal (Total of this page)   **25,548.86**

(Complete only on last sheet of Schedule E) **TOTAL**   **25,548.86**
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

IN RE Michal, David Ronald & Michal, Christine Renee _____ Case No. _____
                                     Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Allen & Beverly Wyant<br>P. O. Box 303<br>Palo Cedro, CA  96073** | | H | Business loan | | | | **98,200.00** |
| Account No.<br>**Amanda Munhollon<br>3665 Coeur D'Alene Avenue<br>Shasta Lake City, CA  96019** | | H | Unpaid wages | | | X | **unknown** |
| Account No. **3739-641808-02007**<br>**American Express<br>C/O Hollowell, Foster & Gepp, P.C.<br>233 Peachtree Street, N.E., Ste. 1200<br>Atlanta, GA  30303-1507** | | H | Revolving credit card charges incurred over the past several years | | | | **35,569.18** |
| Account No. **3725-279035-62009**<br>**American Express<br>C/O Hollowell, Foster & Gepp, P.C.<br>233 Peachtree Street, N.E., Ste. 1200<br>Atlanta, GA  30303-1507** | | H | Revolving credit card charges incurred over the past several years | | | | **21,118.78** |
| Account No.<br>**Andrew Kamana'o<br>354 E. 8th Street<br>Chico, CA  95924** | | H | Unpaid wages | | | X | **unknown** |

_____ **8** Continuation Sheets attached

| | Subtotal (Total of this page) | **154,887.96** |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Michal, David Ronald & Michal, Christine Renee _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Anthony Augustine** <br> **643 W. Fourth Ave.** <br> **Chico, CA  95926** | | H | **Unpaid wages** | | | X | unknown |
| Account No. <br> **Anthony Smith** <br> **1145 Union Street, Apt. C** <br> **Red Bluff, CA  96080** | | H | **Unpaid wages** | | | X | unknown |
| Account No. <br> **Athens First Bank & Trust Company** <br> **3507 Braselton Highway** <br> **Dacula, GA  30019** | X | H | **Personal guaranty of business debt** | | | | 8,000.00 |
| Account No. <br> **Brett Johnson** <br> **6071 Alameda Road** <br> **Corning, CA  96021** | | H | **Unpaid wages** | | | X | unknown |
| Account No. <br> **Carly Pickett** <br> **832 Cally Court, #4** <br> **Redding, CA  96003** | | H | **Unpaid wages** | | | X | unknown |
| Account No. **4388-5430-4932-6963** <br> **Chase Cardmember Services** <br> **P. O. Box 15298** <br> **Wilmington, DE  19850-5298** | | J | **Revolving credit card charges incurred over the past several years** | | | | 7,601.38 |
| Account No. **5184-4500-6255-4534** <br> **Chase Cardmember Services** <br> **P. O. Box 15298** <br> **Wilmington, DE  19850-5298** | | J | **Revolving credit card charges incurred over the past several years** | | | | 3,544.43 |

Sheet _____**1**_ of _____**8** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)     **19,145.81**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Michal, David Ronald & Michal, Christine Renee _____ Case No. _____
                            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | H | Unpaid wages | | | X | |
| Christopher Barrett 421 Oak Street, Unit B Chico, CA 95928 | | | | | | | unknown |
| Account No. | | H | Unpaid wages | | | X | |
| Curtis Gudvangen 25095 Tehama Vine Road, #4 Los Molinos, CA 96055 | | | | | | | unknown |
| Account No. | | H | Unpaid wages | | | X | |
| Daryl Eubank 19599 Peter Pan Gulch Andersen, CA 96007 | | | | | | | unknown |
| Account No. | | H | Unpaid wages | | | X | |
| David Estrada 882 Lindola Chico, CA 95928 | | | | | | | unknown |
| Account No. | | H | Unpaid wages | | | X | |
| Deborah Gross 1554 Casa Verde Way Redding, CA 96003 | | | | | | | unknown |
| Account No. | | H | Unpaid wages | | | X | |
| Denise Painter 5800 Fagan Drive Redding, CA 96001 | | | | | | | unknown |
| Account No. | | H | Unpaid wages | | | X | |
| Dennis Rice 1430 Glenwood Avenue, Unit 1 Chico, CA 95926 | | | | | | | unknown |

Sheet _____ 2 of _____ 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) _____

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Michal, David Ronald & Michal, Christine Renee** _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6011-0002-0067-8161**<br><br>**Discover Card**<br>**P. O. Box 15251**<br>**Wilmington, DE  19886-5251** | | J | **Revolving credit card charges incurred over the past several years** | | | | 12,936.26 |
| Account No.<br><br>**Edward Keller**<br>**1064 Burton Drive, Unit A**<br>**Redding, CA  96003** | | H | **Unpaid wages** | | | X | unknown |
| Account No.<br><br>**Eric Gaines**<br>**1620 Elm Street**<br>**Chico, CA  95928** | | H | **Unpaid wages** | | | X | unknown |
| Account No.<br><br>**Frank Lovergine**<br>**1554 Casa Verde Way**<br>**Redding, CA  96003** | | H | **Unpaid wages** | | | X | unknown |
| Account No.<br><br>**Georgeanna Hope**<br>**2565 Camden Glen Court**<br>**Roswell, GA  30076** | | H | **Business loan** | | | | 320,985.61 |
| Account No.<br><br>**Gerald Carmony**<br>**1268 Conifer Way, #2**<br>**Redding, CA  96002** | | H | **Unpaid wages** | | | X | unknown |
| Account No.<br><br>**Jason Grover**<br>**1070 Columbus, Unit 1**<br>**Chico, CA  95928** | | H | **Unpaid wages** | | | X | unknown |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____ **3** of _____ **8** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **333,921.87**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**IN RE** Michal, David Ronald & Michal, Christine Renee _____ Case No. _____
<div align="center">Debtor(s)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jeff & Janet Jones<br>1042 Wildwood Wake Bend<br>Dacula, GA  30019 | | H | Business loan | | | | 45,000.00 |
| Account No.<br><br>Jonathan Caldwell<br>7419 Karlsburg Circle<br>Stockton, CA  95207 | | H | Unpaid wages | | | X | unknown |
| Account No.<br><br>Joshua Wagner<br>22274 Ramon Court<br>Andersen, CA  96007 | | H | Unpaid wages | | | X | unknown |
| Account No.<br><br>Kao Saechao<br>2633 Forest Court<br>Redding, CA  96002 | | H | Unpaid wages | | | X | unknown |
| Account No.<br><br>Kimberly Lemison<br>1015 Magnolia Avenue<br>Chico, CA  95928 | | H | Unpaid wages | | | X | unknown |
| Account No.<br><br>Larry Clark<br>3121 Leonard Street<br>Redding, CA  96002 | | H | Unpaid wages | | | X | unknown |
| Account No.<br><br>Mark Collins<br>3803 Canterbury Drive<br>Redding, CA  96002 | | H | Unpaid wages | | | X | unknown |

Sheet _____ **4** of _____ **8** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) — 45,000.00

(Complete only on last sheet of Schedule F)  **TOTAL** — 
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Michal, David Ronald & Michal, Christine Renee** _____   Case No. _____
<div align="center">Debtor(s)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Marvin Hill<br>5 Buehler Avenue<br>Oroville, CA  95966** | | H | **Unpaid wages** | | | X | **unknown** |
| Account No. **5466-3200-1431-4601**<br><br>**MBNA America<br>P. O. Box 15026<br>Wilmington, DE  19850-5026** | | J | **Revolving credit card charges incurred over the past several years** | | | | **26,761.10** |
| Account No.<br><br>**Anchor Receivables Management<br>P. O. Box 4115, Dept. 606<br>Concord, CA  94524** | | | **Assignee or other notification for:<br>MBNA America** | | | | |
| Account No.<br><br>**Meg Schuman<br>729 Nord Avenue, #302<br>Chico, CA  95926** | | H | **Unpaid wages** | | | X | **unknown** |
| Account No.<br><br>**Michael Murray<br>1583 Canby Road<br>Redding, CA  96002** | | H | **Unpaid wages** | | | X | **unknown** |
| Account No.<br><br>**Miguel Pinto<br>190 Sutter Road<br>Paradise, CA  95969** | | H | **Unpaid wages** | | | X | **unknown** |
| Account No.<br><br>**Nathan Hale<br>2339 Butte Street<br>Redding, CA  96001** | | H | **Unpaid wages** | | | X | **unknown** |

Sheet _____**5**_____ of _____**8**_____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **26,761.10**

(Complete only on last sheet of Schedule F)  **TOTAL**    _____
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Michal, David Ronald & Michal, Christine Renee _____  Case No. _____
                                       Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Norman Witten<br>9 Roland Circle, Apt. C<br>Chico, CA  95926 | | H | Unpaid wages | | | X | unknown |
| Account No. 7700467631<br>North Valley Bank<br>1844 Park Marina Drive<br>Redding, CA  96001 | | H | Line of credit | | | | 49,700.00 |
| Account No. 4252-0550-0008-5861<br>Pacific Service Credit Union<br>P. O. Box 8191<br>Walnut Creek, CA  94596 | | J | Revolving credit card charges incurred over the past several years | | | | 3,561.20 |
| Account No.<br>Philip Owens<br>24850 Fifth Avenue, Unit 19<br>Los Molinos, CA  95055 | | H | Unpaid wages | | | X | unknown |
| Account No. 6DRX5955753<br>Quest Diagnostics<br>P. O. Box 79164<br>Phoenix, AZ  85062-9164 | | J | Laboratory services | | | | 50.76 |
| Account No. 6DRX5955744<br>Quest Diagnostics<br>P. O. Box 79164<br>Phoenix, AZ  85062-9164 | | J | Laboratory services | | | | 391.12 |
| Account No.<br>Ricky Peters<br>2420 Shasta College Avenue<br>Shasta Lake City, CA  96019 | | H | Unpaid wages | | | X | unknown |

Sheet _____ 6 of _____ 8 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) — 53,703.08

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Michal, David Ronald & Michal, Christine Renee _____ Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Robert Cronic<br>C/O Purofirst Disaster & Recon Spec<br>2662 Tarmac Road<br>Redding, CA 96003 | | H | Right of contribution | | | X | unknown |
| Account No.<br><br>Robert Landles<br>24850 Fifth Avenue, #19<br>Los Molinos, CA 95055 | | H | Unpaid wages | | | X | unknown |
| Account No.<br><br>Robert Pelissier<br>17669 Averly Road<br>Redding, CA 96003 | | H | Unpaid wages | | | X | unknown |
| Account No.<br><br>Robert Watson<br>13866 Sandisle Drive<br>Redding, CA 96003 | | H | Unpaid wages | | | X | unknown |
| Account No.<br><br>Rolando Alaniz<br>1015 Magnolia<br>Chico, CA 95928 | | H | Unpaid wages | | | X | unknown |
| Account No.<br><br>Ronald Eubank<br>19597 Peter Pan Gulch<br>Andersen, CA 96007 | | H | Unpaid wages | | | X | unknown |
| Account No.<br><br>Scott Haymond<br>1459 31st Avenue<br>San Francisco, CA 94122 | | H | Unpaid wages | | | X | unknown |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____**7** of _____**8** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Michal, David Ronald & Michal, Christine Renee** _____ Case No. _____
                                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Shane Munhollon 3665 Coeur D'Alene Avenue Shasta Lake City, CA  96019** | | H | Unpaid wages | | | X | **unknown** |
| Account No. **Susan Vidal 22197 Basin Way Redding, CA  96003** | | H | Unpaid wages | | | X | **unknown** |
| Account No. **Tracy Burton 2133 Solar Redding, CA  96002** | | H | Unpaid wages | | | X | **unknown** |
| Account No. **William Rustan 6582 Hemlock Street Redding, CA  96001** | | H | Unpaid wages | | | X | **unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **8** of _____ **8** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule F)  **TOTAL**          **633,419.82**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Michal, David Ronald & Michal, Christine Renee** _____ Case No. _____
<center>Debtor(s)</center>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **DRM Restoration, LLC D/B/A EmerX**<br>**450 Satellite Boulevard, N.E., Suite F**<br>**Suwanee, GA  30024** | **Motor vehicle leases (2002 Mitsubishi Galant, 1997 Dodge 1500 truck, 1993 Jeep Grand Cherokee)** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE **Michal, David Ronald & Michal, Christine Renee** _____ Case No. _____
<div align="center">Debtor(s)</div>

<h1 align="center">SCHEDULE H - CODEBTORS</h1>

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DRM Restoration, LLC D/B/A EmerX**<br>**450 Satellite Boulevard, N.E., Suite F**<br>**Suwanee, GA  30024** | **Athens First Bank & Trust Company**<br>**3507 Braselton Highway**<br>**Dacula, GA  30019** |
| | **Athens First Bank & Trust Company**<br>**3507 Braselton Highway**<br>**Dacula, GA  30019** |
| **Jeff Jones**<br>**1042 Wildwood Wake Bend**<br>**Dacula, GA  30019** | **Athens First Bank & Trust Company**<br>**3507 Braselton Highway**<br>**Dacula, GA  30019** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

**IN RE** Michal, David Ronald & Michal, Christine Renee _____ Case No. _____
<div align="center">Debtor(s)</div>

<div align="center">

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

</div>

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Son**<br>**Son** | AGE<br>**6**<br>**4** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation<br>Name of Employer<br>How long employed<br>Address of Employer | **Disaster & Restoration Specialist**<br>**DRM Restoration, LLC**<br>**2 Years**<br>**450 Satellite Boulevard, N.W., Suite F**<br>**Suwanee, GA  30024** | **Housewife** |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ _____ | $ _____ |
| Estimated monthly overtime | $ _____ | $ _____ |
| **SUBTOTAL** | $ _____ **0.00** | $ _____ **0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ _____ | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ _____ **0.00** | $ _____ **0.00** |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ _____ **0.00** | $ _____ **0.00** |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ **6,000.00** | $ _____ |
| Income from real property | $ _____ | $ _____ |
| Interest and dividends | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use<br>or that of dependents listed above | $ _____ | $ _____ |
| Social Security or other government assistance | | |
| (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| Pension or retirement income | $ _____ | $ _____ |
| Other monthly income | | |
| (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **TOTAL MONTHLY INCOME** | $ _____ **6,000.00** | $ _____ **0.00** |

**TOTAL COMBINED MONTHLY INCOME $** _____ **6,000.00**  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Michal, David Ronald & Michal, Christine Renee** _____ Case No. _____
                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,997.75 |
| Are real estate taxes included?     Yes ____  No ✓ | | |
| Is property insurance included?     Yes ____  No ✓ | | |
| Utilities:  Electricity and heating fuel | $ | 371.40 |
|          Water and sewer | $ | 85.70 |
|          Telephone | $ | 118.00 |
|          Other **Trash Collection** | $ | 15.00 |
|               **Satellite TV** | $ | 65.00 |
|               **Cell Phone** | $ | 45.00 |
| Home maintenance (repairs and upkeep) | $ | 210.91 |
| Food | $ | 650.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 25.00 |
| Medical and dental expenses | $ | 185.00 |
| Transportation (not including car payments) | $ | 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 20.00 |
| Charitable contributions | $ | 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|          Homeowner's or renter's | $ | 79.00 |
|          Life | $ | 134.55 |
|          Health | $ | 294.00 |
|          Auto | $ | 99.16 |
|          Other | $ | |
|          | $ | |
|          | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Property Tax On Residence** | $ | 337.50 |
|          **Property Tax On Timeshare** | $ | 28.00 |
|          | $ | |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|          Auto | $ | |
|          Other **Non-Dischargeable Tax Debt** | $ | 500.00 |
|          | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other **See Schedule Attached** | $ | 415.97 |
|          | $ | |
|          | $ | |
|          | $ | |
|          | $ | |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ | 6,126.94 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | |
| B.  Total projected monthly expenses | $ | |
| C.  Excess income (A minus B) | $ | |
| D.  Total amount to be paid into plan each _____ | $ | |
| | (interval) | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

IN RE Michal, David Ronald & Michal, Christine Renee _____ Case No. _____
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses (DEBTOR)

| | |
|---|---:|
| **Homeowner's Association Dues** | **44.38** |
| **Timeshare Mortgage & Associate Fees** | **201.59** |
| **School Supplies & Miscellaneous Household Items** | **60.00** |
| **Haircuts & Personal Grooming** | **85.00** |
| **Pet Care Expense** | **25.00** |

**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                    Case No. _____

**Michal, David Ronald & Michal, Christine Renee** _____    Chapter **7** _____
<span style="padding-left:3em">Debtor(s)</span>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **2,000.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,000.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,000.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
**Representation of the debtor in adversary proceedings and other contested bankruptcy matters.**

<div style="text-align:center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 9, 2005** _____    **/s/ Robert D. Schwartz** _____
<span style="padding-left:3em">Date</span>    <span style="padding-left:3em">Signature of Attorney</span>

**Charlton & Glover, P.C.**
<span style="padding-left:3em">Name of Law Firm</span>

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:

Case No. _____

**Michal, David Ronald & Michal, Christine Renee**
_____
Debtor(s)

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| **None** | |

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U.S.C. § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U.S.C. § 524(C) |
|---|---|---|---|---|
| **House and Lot** | **Athens First Bank & Trust Company** | | | ✓ |
| **Time-share at Embassy Vacation Resort** | **El Dorado County Tax Collector** | Retain * | | |
| **House and Lot** | **Fulton County Tax Commissioner** | Retain * | | |
| **2002 Mitsubishi Galant** | **Mitsubishi Motor Credit Corporation** | | | ✓ |
| **2000 Ford Expedition** | **North Valley Bank** | | | ✓ |
| **House and Lot** | **Saxon Mortgage Services** | | | ✓ |
| **Time-share at Embassy Vacation Resort** | **Sunterra Financial** | | | ✓ |
| **House and Lot** | **Windward Homeowners Association** | | | ✓ |

* Retain and pay pursuant to original contract

| 10/09/2005 | /s/ Dave Michal | | /s/ Christy Michal | |
|---|---|---|---|---|
| Date | **Dave Michal** | Debtor | **Christy Michal** | Joint Debtor (if applicable) |

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                                Case No. _____

**Michal, David Ronald & Michal, Christine Renee** _____  Chapter **7** _____
                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 360,000.00 | | |
| B - Personal Property | Yes | 2 | 49,669.05 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 541,405.91 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 25,548.86 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 633,419.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,126.94 |
| Total Number of Sheets in Schedules | | 22 | | | |
| Total Assets | | | 409,669.05 | | |
| Total Liabilities | | | | 1,200,374.59 | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

IN RE <u>Michal, David Ronald & Michal, Christine Renee</u> _____ Case No. _____
<div align="center">Debtor(s)</div>

<div align="center">

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

</div>

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **23** sheets, and that
<div align="right">(Total shown on summary page plus 1)</div>
they are true and correct to the best of my knowledge, information, and belief.

Date: **October  9, 2005** _____    Signature: ___*/s/ Dave Michal*_____
<div align="center">**Dave Michal**</div>
<div align="right">Debtor</div>

Date: **October  9, 2005** _____    Signature: ___*/s/ Christy Michal*_____
<div align="center">**Christy Michal**</div>
<div align="right">(Joint Debtor, if any)</div>

<div align="right">[If joint case, both spouses must sign.]</div>

---

<div align="center">

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

</div>

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that
I have provided the debtor with a copy of this document.

_____    _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
<div align="right" style="margin-left:50%">(Required by 11 U.S.C. § 110(c).)</div>

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each
person.

_____    _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result
in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

<div align="center">

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

</div>

I, the _____ (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
<div align="center">(Total shown on summary page plus 1)</div>

Date: _____    Signature: _____

_____
<div align="right">(Print or type name of individual signing on behalf of debtor)</div>

<div align="center">[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]</div>

<div align="center">**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**</div>

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

<div style="writing-mode: vertical">© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>