**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-80212-JEM |
| | ) | |
| DAVID RONALD MICHAL and | ) | CHAPTER 7 |
| CHRISTINE RENEE MICHAL, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**TRUSTEE'S STATUS REPORT**

COMES NOW the Chapter 7 Trustee in the above-styled case and reports that the trustee is investigating the possibility of the recovery of assets in this case for the benefit of the creditors.

DATED: February 14, 2006

/s/ Neil C. Gordon_____
NEIL C. GORDON
CHAPTER 7 TRUSTEE

Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8596
Neil.Gordon@agg.com

1957926v1