**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DEBTORS'

CHANGE OF ADDRESS

FORM

CASE NAME:      DAVID RONALD MICHAL and CHRISTINE RENEE MICHAL

CASE NUMBER:    05-80212-JEM          BANKRUPTCY JUDGE:    MASSEY

CASE CHAPTER:   7

NEW ADDRESS:    4850 SUGARLOAF PARKWAY
                SUITE #209-509
                LAWRENCEVILLE, GA  30044

THIS CHANGE OF ADDRESS WAS FURNISHED BY:

/s/
Robert D. Schwartz
Georgia Bar No. 631159
BobSchwartzLaw@aol.com
Attorney for Debtors


December 4, 2007
DATE

## CERTIFICATE OF SERVICE

    I certify that I have this date served the following parties with a copy of the within and foregoing Pleading by placing a true copy of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

| | |
|---|---|
| David Ronald Michal<br>Christine Renee Michal<br>4850 Sugarloaf Parkway<br>Suite 209-509<br>Lawrenceville, GA  30044 | Patricia A. McColm<br>P. O. Box 27274<br>San Francisco, CA  94127 |
| Neil C. Gordon, Esquire<br>Chapter 7 Trustee<br>171 17th Street, N.W.<br>Suite 2100<br>Atlanta, GA  30363-1031 | United States Trustee<br>362 United States Courthouse<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 |

This the   4th   day of   December  , 2007.

/s/_____
Robert D. Schwartz

CHARLTON & GLOVER, P.C.
87 Vickery Street
Roswell, Georgia  30075
(770) 993-1005 telephone
(770) 993-9672 fax